UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Case No. 6:22-cv-1639-RBD-EJK

GIACINTO FORMOSO; VITA
FORMOSO; FRANCESCA
FORMOSO; POINT CYPRESS
TOWNHOMES HOMEOWNER'S
ASSOCIATION, INC.; and DEL-AIR
HEATING, AIR CONDITIONING &
REFRIGERATION, INC.,

    Defendants.
_____

## ORDER

In this income tax case, Plaintiff filed motions for entry of final default judgment against Defendants Point Cypress Townhomes Homeowner's Association, Inc. and Del-Air Heating, Air Conditioning & Refrigeration, Inc. (Docs. 31, 37 (collectively, "Motions").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends granting Plaintiff's Motions, entering default judgment against Defendants Point Cypress Townhomes Homeowner's Association, Inc. and Del-Air Heating, Air Conditioning & Refrigeration, Inc., and entering declaratory judgment. (Doc. 44 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem,*

*Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 44) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's Motions (Docs. 31, 37) are **GRANTED**.

3. The Clerk is **DIRECTED** to enter default judgment in favor of Plaintiff the United States of America and against Defendants Point Cypress Townhomes Homeowner's Association, Inc. and Del-Air Heating, Air Conditioning & Refrigeration, Inc.

4. The Court **DECLARES** that Point Cypress Townhomes Homeowner's Association, Inc., and Del-Air Heating, Air Conditioning & Refrigeration, Inc., have no interest in the Subject Property and, in the event a sale of the Subject Property at 8844 Della Scala Circle, Orlando, FL 32836 is ordered, Point Cypress Townhomes Homeowner's Association, Inc., and Del-Air Heating, Air Conditioning & Refrigeration, Inc., are prohibited from taking any proceeds from the sale of the Subject Property.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 26, 2023.

ROY B. DALTON JR.
United States District Judge

3